# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| **SHARON KAYE BURNS** | **CIVIL ACTION NO. 5:18-CV-00990** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MEGAN J. BRENNAN** | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED,** that defendant Megan J. Brennan's motion to dismiss for failure to state a claim upon which relief can be granted [doc. # 16] is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that defendant Megan J. Brennan's alternative motion for summary judgment [doc. # 16] is **GRANTED**, and that plaintiff's claims are **DISMISSED WITH PREJUDICE**, in their entirety.

MONROE, Louisiana, this 9th day of October, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE